## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**GARFIELD SPENCE,**

    **Plaintiff**　　　　　　　　　　　　　　**Case Number:** 9:22-cv-81670-AMC

**V.**

**SANDALFOOT PLAZA HOLDINGS LLC.**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action without prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

Respectfully submitted,

Dated: February 5, 2023　　　　　　　　　　*/s/ Alberto R. Leal*.
　　　　　　　　　　　　　　　　　　　　　　Alberto R. Leal, Esq., P.A.
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002345
　　　　　　　　　　　　　　　　　　　　　　E-Mail: albertolealesq@gmail.com
　　　　　　　　　　　　　　　　　　　　　　Phone: 954-637-1868